UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 12, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDUARDO MARTINEZ,

Defendant.

Case No. 2:24-mj-00024-CKD-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>EDUARDO MARTINEZ</u> Case No. <u>2:24-mj-00024-CKD-2</u> Charges <u>19 USC § 1951(a)</u> from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

   x    Unsecured Appearance Bond $ $50,000.00 cosigned by defendant's cousin, Julio Hernandez.

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

(Other): <u>Released forthwith today where defendant must report directly to the Pretrial Services office on 3/13/2024 at 9:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814</u>

Issued at Sacramento, California on March 12, 2024 at 3:00 PM

Dated: March 12, 2024

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE